# SEALED

AO 91 (Rev. 11/11) Criminal Complaint

## UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED

*January 18, 2025*

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  2:25-MJ-0039 |
| Daniel Abelardo VERDUZCO | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  May 26, 2024 - January 7, 2025  in the county of  Nueces  in the
Southern District of  Texas  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422 | Coercion and Enticement |

This criminal complaint is based on these facts:

(See Attachment A)

☑ Continued on the attached sheet.

*Complainant's signature*

Julio R. Zuniga, HSI, Special Agent
*Printed name and title*

Submitted by electronic means, sworn to,
signature attested telephonically
per Fed. R. Crim. P. 4.1 and probable cause found:

Date: **January 18, 2025**

*Judge's signature*

Jason B. Libby, U.S. Magistrate Judge
*Printed name and title*

City and state:   Corpus Christi, Texas

## AFFIDAVIT

The information contained in this report/affidavit is based upon my personal participation in the investigation, which included, but is not limited to information related to me by other agents and officers participating in the investigation.

Homeland Security Investigations (HSI) Special Agents (SA)'s have redacted the names of all minors and witnesses of this investigation and designated initials in their place to identify each individual person.

## PROBABLE CAUSE / FACTS

On January 8, 2025, Tulsa, Oklahoma Police Department Officers were dispatched to speak with a concerned parent. When officers arrived the mother of MV1 (15-year-old minor female) relayed concerns of a possible relationship between MV1 and a Corpus Christi, Texas Police Department Officer Daniel VERDUZCO due to messages found in MV1's Snapchat account between MV1 and a Snapchat user.

The mother of MV1 stated MV1 is in the hospital due to a suicide attempt after MV1 consumed a large amount of Tylenol. The mother of MV1 stated she lived in Corpus Christi, Texas with her children in 2023 and moved to Oklahoma in the Spring of 2024. While in Corpus Christi, MV1 made friends with a male named "Danny" but it was believed "Danny" was the same age as her daughters.

While in the hospital, the mother of MV1 reviewed MV1's Snapchat account and discovered photo messages between MV1 and the Snapchat user depicting "Danny" inside of a police cruiser with a computer mount and laptop that revealed sensitive information about police calls and notes about the police calls. The mother of MV1 also stated her daughters confirmed that "Danny" was a police officer. After moving to Oklahoma, MV1 would complain to her mother about wanting to move back to Corpus Christi because she missed her boyfriend.

The mother of MV1 provided the cellphone of MV1, to Tulsa Police Officers with consent to search the devices. On January 10, 2025, a forensics examination of MV1's cellphone revealed 3739 messages between the Snapchat user and MV1 were discovered. The user profile for the Snapchat user appeared to be a police officer and police car emojis next to his username. Several photographs displayed were of a Corpus Christi Police car and an adult male in a police officer uniform wearing the nameplate, "D. Verduzco". Multiple photos of female breasts believed to be MV1 and several photos and videos of MV1 in sexually suggestive poses were discovered in what appeared to be underwear and outfits that focused on her cleavage were also discovered that suggests a sexual coyness or willingness to engage in sexual activity.

Homeland Security Investigations (HSI) Tulsa, Oklahoma and HSI Corpus Christi Special Agents (SA) were contacted and confirmed Daniel VERDUZCO is a police officer with the Corpus Christi, Police Department. HSI SA's obtained the driver's license photograph of Daniel

VERDUZCO and compared it to the images of the male individual photos sent by the Snapchat user, and it appears to be the same individual. An official photograph of VERDUZCO was also obtained from the Corpus Christi Police Department which also appears to be the same male individual in the photos sent by the Snapchat user

Your Affiant reviewed Snapchat message conversations between VERDUZCO and MV1 beginning on May 26, 2024, until January 7, 2025. On June 6, 2024, VERDUZCO asked about MV1's sexual activity and on June 7, 2024, VERDUZCO tells MV1 what songs would be playing while they have sex. Conversations taking place after MV1 had moved to Oklahoma state that VERDUZCO and MV1 had in fact engaged in sexual conduct. MV1 states that she misses having sex with VERDUZCO, and on a later date VERDUZCO states that he misses kissing MV1 after oral sex.

Probable cause exists to believe VERDUZCO knowingly used a facility or means of interstate commerce to persuade, induce, and entice MV1, to engage in sexual activity for which VERDUZCO could have been charged with a criminal offense, including violations of Texas Penal Code Sections 21.11, Indecency with a Child, and 43.25, Sexual Performance by a Child.

Julio R. Zuniga
Homeland Security Investigations
Special Agent

Submitted by electronic means, sworn to, signature attested telephonically per Fed. R. Crim. P. 4.1, and probable cause found on this day January __18__, 2025:

Jason B. Libby
United States Magistrate Judge