UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER C-25-124 |
| DANIEL VERDUZCO | § § | |

## STIPULATION OF FACT

Daniel Verduzco, hereinafter referred to as the Defendant, has agreed to stipulate with the United States Attorney for the Southern District of Texas, Nicholas J. Ganjei, through the undersigned Assistant United States Attorney, Patrick Overman, to the following facts and expected testimony concerning the violation of Title 18, United States Code, Section 2422(b) alleged in Count One of the above-numbered Indictment. The parties agree that these facts are sufficient to establish a factual basis for the Defendant's plea, pursuant to Fed. R. Crim. P. 11(b)(3). The parties further agree that other facts exist, and those facts may be relevant at sentencing herein.

I.

As to Count One of the above-numbered Indictment, the Defendant admits that, between on or about May 17, 2024 and January 7, 2025, within the Southern District of Texas and elsewhere:

1. that the Defendant knowingly persuaded, induced, enticed, an individual to engage in any sexual activity as charged;

2. that the Defendant used the Internet to do so;

3. that the Defendant believed that such individual was less than 18 years of age; and

4. That, had the sexual activity actually occurred, the Defendant could be charged with the criminal offense, under the laws of Texas, of:

    a.    Section 43.25(b) of the Texas Penal Code, which makes it a crime to employ, authorize, or induce a child younger than 18 years of age to engage in sexual conduct or a sexual performance.

1

II.

The Defendant further stipulates and agrees that, had the case proceeded to trial, the United States would have presented evidence, as outlined below, that:

On January 8, 2025, Tulsa, Oklahoma police department officers were dispatched to speak with a concerned parent of a fifteen-year-old female (Minor Victim 1). The parent informed officers of a possible relationship between Minor Victim 1 and an individual employed as a police officer with the Corpus Christi, Texas police department, later identified as defendant, DANIEL VERDUZCO. Further investigation revealed that Minor Victim 1 resided in Corpus Christi, Texas until October, 2024.

Officers obtained consent from the parent of Minor Victim 1 to examine the device Minor Victim 1 used to communicate online with VERDUZCO. On January 10, 2025, officers identified over 3,700 online messages between Minor Victim 1 and VERDUZCO had been exchanged. Included in the messages were explicit conversations such as asking if Minor Victim 1 wanted to have sex, identifying specific music that will be playing while they have sex, discussions of sexual positions to try, and sexual acts they intended to perform with each other. VERDUZCO and Minor Victim 1 met with each other on multiple occasions June through September of 2024.

From reviewing the forensic examination of the messages and the device from Minor Victim 1, Agents determined that VERDUZCO met Minor Victim 1 on May 17, 2024 and continued the relationship to on or about January 7, 2025. Minor Victim 1 informed VERDUZCO that she was fifteen years old on the day they met, May 17, 2024.

The Defendant now admits to the Court that between on or about May 17, 2024 and January 7, 2025, the Defendant knowingly persuaded, induced, and enticed Minor Victim 1, via the internet, to engage in sexual activity for which he could be charged with a violation of Section 43.25(b) of the Texas Penal Code. The Defendant also admits that at the time of this conduct, the Defendant knew that Minor Victim 1 was less than 18 years of age.

III.

The parties hereto agree that the United States could prove the above facts beyond a reasonable doubt.

The undersigned have thoroughly reviewed, understand, and agree that the information contained in this Stipulation of Fact are true and correct.

_____  5/16/25
DANIEL VERDUZCO                   Date
Defendant

_____  May 14, 2025
Attorney for Defendant            Date

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

By: _____  5/14/2025
    PATRICK OVERMAN              Date
    Assistant United States Attorney

3